# Court of Appeals
# of the State of Georgia

ATLANTA,  January 21, 2026

*The Court of Appeals hereby passes the following order:*

## A26A0978. HARRY VAN GODFREY, JR. v. THE STATE.

After entering a negotiated guilty plea, Harry Van Godfrey was convicted of malice murder, aggravated assault, and cruelty to children and was sentenced to life plus 20 years. Van Godfrey subsequently filed a motion to vacate his sentence, contending it was void. The trial court entered an amended sentence, and Van Godfrey filed this direct appeal. We lack jurisdiction.

The Supreme Court of Georgia has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of malice murder, jurisdiction over this appeal lies in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); see also *Hart v. State*, 322 Ga. 1, 10(1) (917 SE2d 631) (2025) (even in murder cases in which the death penalty was not sought, the Supreme Court has opted to exercise its jurisdiction to review all such cases). And the Supreme Court's jurisdiction over murder cases includes appeals from orders resolving post-judgment motions in such cases. See *Simpson v. State*, 292 Ga. 764 (740 SE2d 124) (2013) (appeal from denial of a motion in arrest of judgment attacking murder convictions as void).

Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  01/21/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*